# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TIMOTHY D. SHELTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 1:21-00048 |
| | ) Judge Campbell |
| | ) Magistrate Judge Holmes |
| **PREVAIL WATER, INC., et al** | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS PURSUANT TO F.R.C.P. 21

Pursuant to F.R.C.P. 21 of the Federal Rules of Civil Procedure, the plaintiff, Timothy Shelton, by and through his counsel, Casey Long, hereby moves that Defendant John Doe be dismissed from this matter. For cause, Plaintiff would show the following:

1. Defendant John Doe was named in the stead of certain potential unnamed Defendants for whom the Plaintiff was unsure as to their existence.
2. That the parties were allowed until January 7th, 2022 to discover the identities of the unknown parties and amend their pleadings.
3. That such additional Defendants have not been discovered.
4. That this Honorable Court requires such Defendant be dismissed pursuant to F.R.C.P. 21.

WHEREFORE, Plaintiff requests the relief requested above.

Respectfully submitted

/s/ Casey A. Long, Esq.
Casey Long BPR #028225
The Long Firm, LLC
P.O. Box 575
Lawrenceburg, TN 38464
(931) 762-8800 (Office)
1-(615) 468-4790 (Fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on this the 15th day of February, 2022. This Motion to Dismiss will be sent by operation of the Court's electronic filing system and U.S. Mail to:

Phillip L. Robertson, Esq. (BPR 21668)
Jay N. Chamness, Esq. (BPR 16027)
Robertson Law Group
3401 Mallory Lane, Ste 200-217
Franklin, Tennessee 37067
probertson@robertsonlg.com
jchamness@robertsonlg.com

Austin L. McMullen (BPR #020877)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
amcmullen@bradley.com

*/s/ Casey Long*
Casey Long, Esq.