# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY D. SHELTON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) No. 1:21-cv-00048 |
| v. | ) |
| | ) JURY DEMAND |
| | ) |
| PREVAIL WATER, INC, A TENNESSEE | ) |
| CORPORATION, PERCY JONES, JR., | ) |
| JIMMY M. PARKER, JOHN DOE AND | ) |
| MARY ROE 1 TO 10 | ) |
| | ) |
| **Defendants.** | ) |

## JIMMY M. PARKER'S
## MOTION TO DISMISS

COMES NOW Defendant Jimmy M. Parker ("Mr. Parker"), through counsel, pursuant to Fed. R. Civ. P. 12(b)(6) and hereby moves for dismissal of Plaintiff's Amended Complaint against him with prejudice. As grounds for this motion Mr. Parker would show that Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted against Mr. Parker.

In particular, Plaintiff's Amended Complaint fails to state a claim for breach of contract by Mr. Parker because (1) it fails to allege any failure of Mr. Parker to convey the real estate at issue to Plaintiff in exchange for the agreed upon purchase price and (2) on its face, the Amended Complaint demonstrates that Plaintiff neither (a) performed his obligations in tendering the consideration for the real estate contract on or prior to the closing date, nor (b) had the ability to do so. Accordingly, Plaintiff's Amended Complaint fails to state a claim for breach of contract for which specific performance may be awarded.

For the same reasons, Plaintiff's claims for inducement to breach of contract in violation

of Tenn. Code Ann. §47-50-109 fail against Mr. Parker. Moreover, Mr. Parker cannot be liable for inducement to breach his own contract.

Similarly, Plaintiff's claim for civil conspiracy fails because (a) Mr. Parker did not breach the contract, (b) Plaintiff did not and could not perform his own obligations, and (c) Mr. Parker cannot be liable for civil conspiracy to breach a contract to which he was a party.

Finally, Plaintiff's Amended Complaint fails to state a claim for fraud because (a) Plaintiff has pled no misstatement of past or existing fact by Mr. Parker or any knowledge of falsity and (b) Plaintiff cannot show reasonable reliance.

In support of his motion, Mr. Parker further relies upon his Memorandum of Law in support hereof, submitted herewith.

WHEREFORE, PREMISES CONSIDERED, Mr. Parker prays that Plaintiff's Amended Complaint against him be DISMISSED WITH PREJUDICE and for such other and further relief as may be appropriate.

Respectfully submitted,

/s/ *Philip L. Robertson*
Philip L. Robertson, Esq. (TN 21668)
ROBERTSON LAW GROUP
3401 Mallory Lane, Ste 200
Franklin, TN 37067
615.819.1297
probertson@robertsonlg.com

*Counsel for Jimmy M. Parker*

2

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Jimmy M. Parker's Motion to Dismiss was filed electronically on this the 7th day of March 2022 has been served upon all parties electronically by operation of the court's CF/ECM system on the following:

Casey A. Long, Esq.
The Long Firm, LLC
P.O. Box 575
Lawrenceburg, TN 38464
*Counsel for Timothy D. Shelton*

Austin L. McMullen, Esq.
Bradley Arant Boult Cummings, LLP
1600 Division Street, Ste 700
Nashville, TN 37203
*Counsel for Prevail Water Inc., and Percy Jones*

*/s/ Philip L. Robertson*