IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY D. SHELTON, | ) |
| Plaintiff, | ) |
| v. | ) No.:1:21-00048 |
| | ) Judge Campbell |
| | ) Magistrate Judge Holmes |
| PREVAIL WATER, INC, A TENNESSEE CORPORATION, PERCY JONES, JR., JIMMY M. PARKER, JOHN DOE AND MARY ROE 1 TO 10 | ) JURY DEMAND |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appearing to the Court as evidenced by the signatures of counsel for the parties below that the parties have mutually agreed and stipulated to the voluntary dismissal of this action. This dismissal is at the Plaintiff's request and is pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Therefore, it is hereby ORDERED that this action is dismissed with prejudice. Court costs shall be taxed to the Plaintiff and shall include fees totaling $2,286.35 for the transcript of the deposition of the Plaintiff.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Austin McMullen
Austin McMullen (No. 20877)
Bradley Arant Boult Cummings
1600 Division Street
Nashville, TN 37203
(615) 252-2307
amcmullen@bradley.com


| /s/ Casey A. Long | /s/ Phillip L. Robertson |
|---|---|
| Casey A. Long, BPR #028225 | Phillip L. Robertson, BPR #21668 |
| The Long Firm, LLC. | 555 Marriott Drive, Ste 315 |
| P.O. Box 575 | Nashville, TN 37214 |
| Lawrenceburg, TN 38464 | (615) 823-1862 |
| (931) 762-8800 | probertson@robertsonlg.com |
| 1-(615) 468-4790 (fax) | |

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on this the 10th day of August, 2022. Notice of this filing along with this filing itself will be sent by operation of the Court's electronic filing system and U.S. Mail to:

| Phillip L. Robertson, Esq. (BPR 21668) | Austin McMullen |
|:---:|:---:|
| Robertson Law Group | Bradley Arant Boult Cummings |
| 555 Marriott Drive, Ste 315 | 1600 Division Street |
| Nashville, Tennessee 37214 | Nashville, TN 37203 |
| probertson@robertsonlg.com | amcmullen@bradley.com |

*/s/ Casey Long*
Casey Long, Esq.