IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| TIMOTHY D. SHELTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:21-cv-00048 |
| PREVAIL WATER, INC., et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is an Agreed Order of Dismissal (Doc. No. 64) filed by the parties. The proposed order states that the parties have mutually agreed and stipulated to the voluntary dismissal of this action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, pursuant to the agreement of the parties, this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE